IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-31289
Conference Calendar
_____

PRESTON L. SCARBROUGH,

                              Plaintiff-Appellant,

versus

G A B ROBINS; DAVID BIENVENU,

                              Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 98-CV-2403-I
- - - - - - - - - -

June 16, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:*

     Reverend Preston L. Scarbrough appeals the dismissal of his
Jones Act claim for failure to state a claim upon which relief
may be granted.  In the district court, Scarbrough filed a
"seaman's claim," which alleged fraud, impairment of the
obligation of a contract, and assault.  On appeal, Scarbrough
argues that the district court violated the Fifth and Fourteenth
Amendments because he was not given a jury trial and the district
court misconstrued his Due Process rights.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Scarbrough's claim is time-barred because he filed his Jones Act and general maritime law claim more than three years from the date that his cause of action accrued. See <u>Armstrong v. Trico Marine, Inc.</u>, 923 F.2d 55, 58 (5th Cir. 1991). Further, Scarbrough's claim relies exclusively on conclusional statements, which are insufficient to prevent a motion to dismiss. See <u>Jefferson v. Lead Indus. Ass'n, Inc.</u>, 106 F.3d 1245, 1250 (5th Cir. 1997).

Accordingly, it appears certain that Scarbrough cannot prove any set of facts in support of his claim that would entitle him to relief, and the district court's judgment is AFFIRMED. See <u>Doe v. Dallas Indep. School Dist.</u>, 153 F.3d 211, 215 (5th Cir. 1998).

AFFIRMED.